**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000686
30-JUN-2026
07:48 AM
Dkt. 37 OAWST**

NO. CAAP-25-0000686

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE GENERAL REVOCABLE TRUST OF
DOUGLAS KUNIOMI TAKATA, DATED MARCH 2, 1981, AS RESTATED.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CTR-21-0000041)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon consideration of the Stipulation and Order for Dismissal of All Claims and Parties with Prejudice (**Stipulation**), filed June 26, 2026, by Respondents/ Beneficiaries-Appellants Keith Takata, Linda Takata, Brandon Takata, Kimberly Takata, and Michelle Lucovitz, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; and

(3) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawai'i, June 30, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge